UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SHAUN PLAIR,

                Plaintiff,

      - against -

NEW YORK CITY DEPARTMENT OF CORRECTION, *et al.*,

                Defendants.
------------------------------------------------------------------X
ROSLYNN R. MAUSKOPF, Chief United States District Judge.

**MEMORANDUM &
ORDER**
20-CV-248 (RRM) (LB)

       Plaintiff Shaun Plair, proceeding *pro se*, brought this action alleging civil rights violations under 42 U.S.C. § 1983, as well as human rights violations, against defendant New York City Department of Correction and unnamed defendants John Doe, Doe, Transit Officer, and the Sheriff's Department Deput[ies] that [b]rought [him] to court.  (Compl. (Doc. No. 1).)  In an order issued on July 2, 2020, the Court dismissed Plair's claims, granting Plair 30 days' leave to amend his complaint.  (Order Dismissing (Doc. No. 7) at 1.)  In granting Plair leave to amend, the Court warned Plair that if he failed to "file an amended complaint within 30 days of the date of this Order, or fail[ed] to address the deficiencies identified herein, judgment may enter against him."  (*Id.* at 6.)  30 days have now elapsed and, to date, Plair has not filed an amended complaint.

       Accordingly, for the reasons set forth in the Court's July 2, 2020, Memorandum and Order, Plair's claims are dismissed without prejudice.  The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal.  *See Coppedge v. United States*, 369 U.S. 428, 444–45 (1962).  The Clerk of Court is directed to enter judgment for defendants and to mail a copy of this Memorandum and Order and the Judgment to the *pro se* plaintiff.

SO ORDERED.

Dated: Brooklyn, New York
       October 15, 2020

*Roslynn R. Mauskopf*

_____
ROSLYNN R. MAUSKOPF
Chief United States District Judge